UNITED   STATES   DISTRICT COURT

for the

DISTRICT   OF   COLUMBIA

*JAMES E. BETHEA, PETITIONER*          )
*AMENDED BRIEF*
D.C.D.C. 202-084                        )
Fed. Reg # 04386-000                    )
                                        )
   v.s.                                 )

Number

LET THIS BE FILED

*[signature]*
8/17/10

CIVIL ACTION
NUMBER – 101-295 JDB

*UNITED   STATES   PAROLE   COMMISSION,*
*and the*
*FEDERAL   BUREAU   OF   PRISONS*
*and  the*
*D.C.   DEPARTMENT of   CORRECTIONS*  etal.

### WRIT OF HABEAS CORPUS

The Defendant, JAMES E. BETHEA, respectfully petitions this Court to grant this **WRIT of HABEAS CORPUS**, and correct all the injustice that the Petitioner has suffered, and continues to suffer.

1. That the *D.C. DEPARTMENT of CORRECTIONS*, the *FEDERAL BUREAU of PRISONS and the UNITED STATES PAROLE COMMISSION* has negligently miscalculated my sentence, causing me to be detained longer than my legal sentence has called for, and that said negligence has caused irreparable damage to my family, myself, as well as to my mental and emotional health, causing me to suffer Mental Anguish, depression as well as Post Traumatic Stress Syndrome.

2. That the D.C. *DEPARTMENT of CORRECTIONS, the FEDERAL BUREAU of PRISONS and the UNITD STATES PAROLE*

RECEIVED

AUG ...

Clerk, U.S. District and
Bankruptcy Courts

*COMMISSION* no longer has jurisdiction over me, and that I should be 'RELEASED IMMEDIATELY', without benefit of supervision, Parole or Supervised Release.

3. That the *UNITED STATES PAROLE COMMISSION* has been negligent *by* giving me Parole hits based on erroneous calculations, and that I no longer should be under The *COMMISSION'S* supervision. Because of said negligence, I have suffered substantial emotional damages, as well as being deprived of *LIFE, LIBERTY,* and the *PURSUIT of HAPPINESS*, without due process, as well as having my *CIVIL RIGHTS* violated.

4. On 3-17-1986, I was sentenced to serve not less than three years, and not more than nine years, to run consecutive to any sentence I was serving, by Judge Ugast, in case F-3827-85. On 9-25-86. In case number F-301-B-83, I was sentenced to serve no less than five years, no more than fifteen years, reduced to no less than twelve years, to run concurrent to Judge Ugast's in F-3827" and I am quoting Judge Webber, which gives me a total of twelve years, whereas the Bureau of Prisons has ran my sentences consecutively, giving me twenty one years, instead of twelve years. ( I made Parole in 1990, and was sentenced to 90 months by Judge R  Richter in case number F1261-91B), giving me a total sentence of nineteen and a half years, not the twenty one years and ninety months that the BUREAU of PRISON'S falsely claims that I have.

5. By being deprived of all Liberty Interests, and being deprived of all CIVIL RIGHTS, I aver that the *D.C. DEPARTMENT of CORRECTIONS, the Federal BUREAU of PRISON'S and the UNITED STATES  PAROLE  COMMISSION* has caused undue hardship on my family and on myself with cruel and un-necessary outlawed by the *UNITED  STATES CONSTITUTION*.

6. I, James E. Bethea, respectfully, Petition this Court to rectify, in
good faith, this egregious "Misprision of Justice".

I declare, under penalty of perjury, that the foregoing is true and
correct. Executed on August 4th, 2010.
James E. Bethea _James Bethea_ 202-054 Movant
04486 .co

Attached are copies of all Judgment and Commitment
Orders, D.C.D.C. Face Sheets, and Bureau of Prison's Sentence
Data Computation Sheets.

Teresa Ward
Notary Public, District of Columbia
My Commission Expires 5/21/2014

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

vs.

_James Bethea_

Case No. F3827-85 18

PDID No. 322-106

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☑ Not Guilty ☐ Guilty to the Charge(s) of _____

_Robbery_

and having been found guilty by ☑ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _Not less than (3)_
_years nor more than Nine (9) years consecutive to any other_
_sentence that the deft is now serving_

_(handwritten left margin: THIS CASE I WAS Sentenced on First)_

☑ ORDERED that the defendant is committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Obtain a job as soon as possible or continue your present employment.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer upon a check of above means appropriate therapeutic

☐ Treatment for drug, alcohol problems, failure or dependence or abuse as follows:

☐ Restitution of or reparation amount in the monthly installments of $ _____ beginning _____. The Court will _____

_Vocational Training_

Certification by Clerk pursuant to Criminal Rule 32(d).

Date _3/17/86_

Deputy Clerk

_10.00_

_W1_

Original — Court
Blue — Jail
Green — Defendant
Canary — Social Services

Pink — Mayor's Office
Goldenrod — U.S. Attorney/Corporation Counsel
Goldenrod — Defense Attorney

Form CD/18-1040/Apr 83                    83-7752 P—md60

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

*MA*
*②*

United States of America
District of Columbia

Case No. _F 391-83_

vs.

PDID No. _322-106_

_James E. Bethea_

_Amended_

BEST COPY AVAILABLE

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☑ Guilty to the Charge(s) of _____

_'C' Robbery_

and having been found guilty by ☐ Jury ☐ Court, it is hereby ORDERED that the defendant has been con-
victed of and is guilty of the offense(s) charged, and is hereby SENTENCED to _____

_Sentence of N.L.T. (5) five years + N.M.T. (15) fifteen years_
_reduced to N.L.T. (4) four years + N.M.T. (12) twelve years_
_➤ to run consecutive w/ I. August's sentence in F 3327-85._

☑ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for
the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and
supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C.
Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division,
and it is further ORDERED that while on probation the defendant observe the following marked conditions
of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Obtain a job as soon as possible or continue your present employment.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with
written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems; ☐ drug dependency or abuse as follows:

_____

☐ Restitution of $ _____ or monthly installments of $ _____ beginning
_____ (see reverse side for payment instructions). The Court
will distribute monies to _____

☐ _____

Costs in the aggregate amount of $ _____ have been assessed under the Victims of Violent Crime
Compensation Act of 1981, and ☐ have; ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that this
shall serve as the commitment/order for the defendant.

*②* ➤ _9-25-86_
Date

_[signature]_
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

_____
Date

_____
Deputy Clerk

Original — Court
Blue — Jail
Green — Defendant
Canary — Social Services

Pink — Mayor's Office
Goldenrod — U.S. Attorney/Corporation Counsel
Goldenrod — Defense Attorney
Goldenrod — Bureau of Prison's

86—p1780 wd-60

**SUPE     COURT OF THE DISTRICT OF     MBIA**

United States of America
District of Columbia

vs.

_James E. Bethea_

Case No. _F-1261-91-B_
PDID No. _322106_

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _____
_COUNT B - SECOND DEGREE BURGLARY_

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _____
_NOT LESS THAN THIRTY (30) MONTHS AND_
_NOT MORE THAN NINETY (90) MONTHS_
_DEFENDANT RECOMMENDED FOR PLACEMENT_
_IN UNFOLDMENT PROGRAM._

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.

☒ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

_____

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____.

☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

_4/15/91_
Date

_____
Judge

Certification by Clerk pursuant to Criminal Rule 32(d):

_4/15/91_
Date

FORM 19. DCDC 7-70
IDPS 103



**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**FACE SHEET No. 2**



PDID: 322-106

Date Prepared

10-14-86
(Mo., Da., Yr.)

| DCDC Number 202084 | Name (Last, First, Middle) BETHEA, JAMES | Race B | Sex M |
|---|---|---|---|

| Height | Weight | Build | Eyes | Hair | Age | Birth Date 9-20-55 | Place of Birth Maryland |
|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Offense | *TOTAL SENTENCE: 4 yrs - 12 yrs. less 10 days* Robbery | Robbery | |
| Case Number | F3827-85B | F391-83C | |
| Sentence (Yrs., Mos., Days) | 3 yrs to 9 yrs Cons. | 5 - 15 yrs reduced to 4 - 12 yrs Conc. | |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 3-17-86 4-21-86 | 3-20-86 * 4-21-86 | |
| Full Term Date (Mo., Da., Yr.) | | 4-10-98 | |
| Short Term / M.R. Date (Mo., Da., Yr.) | | 5-1-94 | |
| Parole Eligibility Date (Mo., Da., Yr.) | | 4-10-90 8-1-89 7-29-89 | |
| Max. Supervision Date (Mo., Da., Yr.) | | 10-12-97 | |
| Statutory Good Time Rate / Month | | 1440 days / 252 | |
| Plea | | | |
| Committing Judge | | | |
| Defense Attorney | | | |
| Initialed By: | | EJG | |

| DETAINERS | | | | CONDUCT CREDITS | | | |
|---|---|---|---|---|---|---|---|
| Date Filed | For | Action | Date | Credits | Forfeit | Restore | Balance |
| | | | 8-18-88 | 30 | | | |

| JAIL CREDIT DATES | | REMARKS |
|---|---|---|
| From and Including | To and Including | *Paroled to 4-12 yrs sentence on 4-21-86. |
| 5-24-85 | 6-2-85 = 10 days | Eligible for w/ JT 8-1-88 |
| | | NO drop Escape time on 12-10-88 |

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**FACE SHEET No. 2**

| | | Date Prepared 3/26/92 (Mo., Da., Yr.) |
|---|---|---|

| DC Number 202084 | Name (Last, First, Middle) BETHEA, JAMES | Race B | Sex M |
|---|---|---|---|

| Height | Weight | Build | Eyes | Hair | Age | Birth Date 9/20/55 | Place of Birth MD. |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Offense | P.V.(ROB(2cts) | BURG 2 |
| Case Number | F-3827-85B<br>F-391-83C | F-1261-91B |
| Sentence (Yrs., Mos., Days) | OWES 7yrs 14 das | 30/90 mos(cons) |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 3/28/91 | 4/15/91 |
| Full Term Date (Mo., Da., Yr.) | | 8/21/2005 |
| Short Term / M.R. Date (Mo., Da., Yr.) | | 11/12/2000 |
| Parole Eligibility Date (Mo., Da., Yr.) | | 2/25/93 |
| Max. Supervision Date (Mo., Da., Yr.) | | NA |
| Statutory Good Time Rate / Month | | 180/ 1744 |
| Plea | | G |
| Committing Judge | | |
| Defense Attorney | | |
| Initialed By: | | CAS |

| DETAINERS | | | | CONDUCT CREDITS | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | For | | Action | Date | Credits | Forfeit | Restore | Balance |
| | | | | | | | | |
| | | | | | | | | |

| M.R. CREDIT DATES | | REMARKS |
|---|---|---|
| From and Including | To and Including | RECOMMENDED UNFOLDMENT PROGRAM |
| STREET TIME 3/29/90 | 3/25/91  362 das | AGGREGATE UNDER OM92-2(3/11/92) |
| JAIL CREDIT 2/5/91 | 3/27/91  51 das | |

YELLOW COPY TO ADP

CORRECT

```
5H    PAR9C  540*23 *            SENTENCE MONITORING          *    05-13-2010
PAGE 009         *            COMPUTATION DATA            *    09:14:01
                           AS OF 05-18-2001
```

REGNO..: 04286-000 NAME: BETHEA, JAMES E

------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-03-2001 AT LEW AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 020 010

```
DATE COMPUTATION BEGAN..........: 03-28-1991
AGGREGATED SENTENCE PROCEDURE...: DC-CODE OLD LAW / GTCA AGGREGATE
CONTROLLING SENTENCE............: DC-GTCA/OMNIBUS
TOTAL TERM IN EFFECT............:     15 YEARS        6 MONTHS      11 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     15 YEARS        6 MONTHS      11 DAYS
AGGREGATED MINIMUM TERM.........:     30 MONTHS
EARLIEST DATE OF OFFENSE........: 05-24-1985

JAIL CREDIT.....................:     FROM DATE       THRU DATE
                                     02-05-1991      03-27-1991

TOTAL JAIL CREDIT TIME..........: 51
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1863
PAROLE ELIGIBILITY..............: 02-08-1993
STATUTORY RELEASE DATE..........: 07-12-2001
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 08-18-2006

PAROLE EFFECTIVE................: 06-08-2001
NEXT PAROLE HEARING DATE........: 12-00-2000
TYPE OF HEARING.................: RESCISSION

ACTUAL SATISFACTION DATE........: 05-18-2001
ACTUAL SATISFACTION METHOD......: MAND PAR
ACTUAL SATISFACTION FACILITY....: LEW
ACTUAL SATISFACTION KEYED BY....: DSS

DAYS REMAINING..................: 1918
FINAL PUBLIC LAW DAYS...........: 0
```

G0002        MORE PAGES TO FOLLOW . . .

```
5H     PAR9C  540*23 *              SENTENCE MONITORING              *     05-13-2010
PAGE 006          *              COMPUTATION DATA            *     09:14:01
                                 AS OF 06-03-2005
```

REGNO..: 04286-000 NAME: BETHEA, JAMES E

------------------------- PRIOR COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 05-20-2005 AT CRO MANUALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   030 010

```
DATE COMPUTATION BEGAN..........: 04-03-2003
TOTAL TERM IN EFFECT............: 4884 DAYS
TOTAL TERM IN EFFECT CONVERTED..:   13 YEARS      4 MONTHS    13 DAYS
EARLIEST DATE OF OFFENSE........: 05-24-1985

JAIL CREDIT.....................:   FROM DATE       THRU DATE
                                    04-01-2003      04-02-2003

TOTAL JAIL CREDIT TIME..........: 2
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1604
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 09-30-2012
TWO THIRDS DATE.................: UNKNOWN
180 DAY DATE....................: UNKNOWN
EXPIRATION FULL TERM DATE.......: 08-13-2016

PAROLE EFFECTIVE................: 06-03-2005
PAROLE EFF VERIFICATION DATE....: 12-15-2004
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 06-03-2005
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: PN

DAYS REMAINING..................: 4089
FINAL PUBLIC LAW DAYS...........: 0
```

                    DIFFERENCE OF DAYS DUE TO CORRECTION OF PRIOR COMPS.
                    COMP CERTIFIED BY D.C. RECORDS OFFICE ON 05-20-2005
                    COMP RPN DUE TO FFT OF 196 DAYS OF SGT

```
5H
G0002        MORE PAGES TO FOLLOW . . .
```

```
5H      PAR9C  540*23 *            SENTENCE MONITORING           *      05-13-2010
PAGE 004              *          COMPUTATION DATA             *     09:14:01
                                 AS OF 07-30-2007
```

REGNO..: 04286-000 NAME: BETHEA, JAMES E


-------------------------PRIOR COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 06-11-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-12-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   040 010

DATE COMPUTATION BEGAN..........: 08-31-2006
TOTAL TERM IN EFFECT............: 4089 DAYS
TOTAL TERM IN EFFECT CONVERTED..:   11 YEARS      2 MONTHS     10 DAYS
EARLIEST DATE OF OFFENSE........: 05-24-1985

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1343
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 03-07-2014
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 05-13-2017
EXPIRATION FULL TERM DATE.......: 11-09-2017

PAROLE EFFECTIVE................: 07-30-2007
PAROLE EFF VERIFICATION DATE....: 06-05-2007
NEXT PAROLE HEARING DATE........: 07-00-2007
TYPE OF HEARING.................: MANDATORY PAROLE

ACTUAL SATISFACTION DATE........: 07-30-2007
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: LEE
ACTUAL SATISFACTION KEYED BY....: VLB

DAYS REMAINING..................: 3755
FINAL PUBLIC LAW DAYS...........: 0

                    FINAL RELEASE AUDIT COMPLETED BY DSCC




G0002       MORE PAGES TO FOLLOW . . .

```
5H     PAR9C  540*23 *          SENTENCE MONITORING          *      05-13-2010
PAGE 003            *          COMPUTATION DATA          *      09:14:01
                               AS OF 07-30-2007

RECNO..: 04286-000 NAME: BETHEA, JAMES E


FBI NO...........: 797197K2         DATE OF BIRTH: 09-20-1955
ARS1.............: MAN/PAROLE
UNIT.............:                   QUARTERS.....:
DETAINERS........: NO                NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 06-28-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-30-2007 VIA PAROLE

-----------------------PRIOR JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-1261-91B
JUDGE...........................: RICHTER
DATE SENTENCED/PROBATION IMPOSED: 04-15-1991
DATE WARRANT ISSUED.............: 07-06-2006
DATE WARRANT EXECUTED...........: 08-31-2006
DATE COMMITTED..................: 11-14-2006
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...:  PROPERTY: NO  SERVICES: NO          AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 605
OFF/CHG: 22-1801,BURG II & ROBBERY

  SENTENCE PROCEDURE.............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:  21 YEARS      90 MONTHS
  NEW SENTENCE IMPOSED...........: 4089 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 05-24-1985




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H  .   PAR9C  540*23 *          SENTENCE MONITORING        *      05-13-2010
PAGE 001            *           COMPUTATION DATA            *      09:14:01
                                AS OF 05-04-2009

REGNO..: 04286-000 NAME: BETHEA, JAMES E


FBI NO..........: 797197K2          DATE OF BIRTH: 09-20-1955
ARS1............: MAN/PAROLE
UNIT............:                    QUARTERS.....:
DETAINERS.......: NO                 NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 03-24-2009

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-04-2009 VIA PAROLE

REMARKS........: RELEASE AUDIT COMPLETED ON 20081022   BY DSCC

-----------------------PRIOR JUDGMENT/WARRANT NO: 050 ---------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F-1261-91B
JUDGE..........................: RICHTER
DATE SENTENCED/PROBATION IMPOSED: 04-15-1991
DATE WARRANT ISSUED............: 02-24-2008
DATE WARRANT EXECUTED..........: 03-06-2008
DATE COMMITTED.................: 05-16-2008
HOW COMMITTED..................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:


RESTITUTION...: PROPERTY: NO SERVICES: NO      AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 605
OFF/CHG: 22-1801,BURG II & ROBBERY

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:   21 YEARS    90 MONTHS  ???
 NEW SENTENCE IMPOSED...........: 3755 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 05-24-1985




G0002      MORE PAGES TO FOLLOW . . .
```

```
PAR9C  540*23 *           SENTENCE MONITORING        *    05-13-2010
002        *              COMPUTATION DATA        *    09:14:01
                          AS OF 05-04-2009

NO..: 04286-000 NAME: BETHEA, JAMES E


--------------------------PRIOR COMPUTATION NO: 040 --------------------------

COMPUTATION 040 WAS LAST UPDATED ON 03-05-2009 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-17-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 040:   050 010

DATE COMPUTATION BEGAN..........: 03-06-2008
TOTAL TERM IN EFFECT............: 3755 DAYS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS     3 MONTHS     11 DAYS
EARLIEST DATE OF OFFENSE........: 05-24-1985

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1233
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 04-30-2015
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 12-18-2017
EXPIRATION FULL TERM DATE.......: 06-16-2018

PAROLE EFFECTIVE................: 05-04-2009
PAROLE EFF VERIFICATION DATE....: 03-02-2009
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 05-04-2009
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: MAN
ACTUAL SATISFACTION KEYED BY....: DLW

DAYS REMAINING..................: 3330
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: FINAL RELEASE AUDIT COMPLETED BY DSCC.




G0002      MORE PAGES TO FOLLOW . . .
```

Offender Management System for Windows Version...                                _|□|_

File   Maintenance   Batch Processing   Accounting   Inmate   Xmodules   Offlog   Reports   Individual Reports   ?Help

**Alerts!**

Name BETHEA, JAMES E                                    Section SOUTH EAST    Block 2

|   |   | Admt |   | Cell 45 | Bed A | Location 12 |
| Birth | Sex Race Release | Type SS# | Booking# | DCDC# | Booked Date | Classification |
| 09/20/1955 | M B | 00/00/0000 15 | 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 | 2009-15208 | 202084 | 11/19/2009 | Pretrial Minimum |

SCROLL FOR MORE >>>

**Account**
- Alias
- Bond
- Charges
- Classify
- Clothing
- Cmmsry Hist
- Detainers
- Education
- Employment
- Grievances
- Housing
- ID#'s
- Incidents
- Miscnducts
- Physical
- Phone Log
- Property
- Questions
- Release
- $Rstrctions
- Schedule
- Sentencing

**Current Account Information**

Current Balance  24.37    Escrow Balance  .00    Restricted Commissary Purchase Amount  .00

**Cost Recovery Balances**

INSTITUTIONAL DAMAGE  .00
.00
.00
.00
.00
.00
.00
.00
.00
.00

**Exemptions and Credits**

Suspend Collections  [   ▼]

Reason for Suspension  [          ]

Exempt from Collections  [   ▼]

Work Credit Days  0

Inmate Account Balance Cannot Go Below This Amount  .01

Exclude from Room and Board Fees  [   ▼]

Last Room and Board Date  00:00:0000

Add   Delete   Undelete   Print   Search   Next   Recompute Current Balance   Save   Abort

Print Scre   □|□|X|

Start   Offender Managemen...                                        ≪   3:15 PM

## CERTIFICATE OF SERVICE

I, _James Bethea_, hereby certify, that I have put WRIT of HABEAS CORPUS in the inmate mailbox in Unit S.E. 2, on this day _4 th_ _of August 2011_. I have affixed adequate postage to send via First Class Mail To Clerk of the Court, UNITED STATES DISTICT COURT FOR THE DISTRICT OF COLUMBIA.

James E. Bethea

202-084

Central Detention Facility

1901 "D" St. S.E.

Washington, D.C. 20003