UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. BETHEA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES PAROLE COMMISSION, *et al.*,<br><br>Defendants. | Civil Action No. 10-1295 (JDB)<br><br>**FILED**<br>SEP 2 7 2010<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

This matter is before the Court on petitioner's correspondence dated September 3, 2010. Petitioner represents that he has been transferred from the D.C. Jail to the Federal Detention Center in Philadelphia, Pennsylvania, and that he no longer has his legal papers. Although the Court denies petitioner's request to be transferred back to the D.C. Jail, his request for an order directing respondents to send him a copy of its response to the order to show cause issued on August 10, 2010 is granted. Accordingly, it is hereby

ORDERED that the Clerk of Court shall docket petitioner's September 3, 2010 correspondence as a Notice, and shall make any appropriate docket entries to reflect petitioner's current address; and it is further

ORDERED that counsel for respondents shall send to petitioner at his current address a hard copy of the government's response to the order to show cause by not later than September 30, 2010, and that petitioner shall file his response to the government's filing, if any, by not later than October 22, 2010.

SO ORDERED.

DATED: September 27, 2010

JOHN D. BATES
United States District Judge