UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES E. BETHEA,** | : | |
| Petitioner | : | Civil Action No. 10-01295 (JDB) |
| | : | |
| v. | : | |
| | : | |
| **SIMON WAINWRIGHT,** | : | |
| Respondent | : | |

### UNITED STATES' RESPONSE TO COURT'S ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully files its response to the Court's Order dated September 27, 2010. In compliance with the Court's order, a copy of the United States' Opposition has been mailed to the petitioner at his current location at the Federal Detention Center in Philadelphia, Pennsylvania.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar Number 447-889

  /s/ Mary Ann Snow
MARY ANN SNOW
Assistant United States Attorney
Acting Chief, Special Proceedings Division
D.C. Bar Number 379-757

  /s/ Sherri L. Berthrong
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the United States' Response has been filed electronically with the Court and the United States' Response and Opposition have been served by mail upon the petitioner, James E. Bethea, Fed. Reg. No. 04286-000, FDC Philadelphia, Federal Detention Center, P.O. Box 562, Philadelphia, PA 19105, this 29th day of September, 2010.

                /s/ Sherri L. Berthrong
                Sherri L. Berthrong
                Assistant United States Attorney