UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. BETHEA,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES PAROLE COMMISSION, *et al.*,<br><br>    Defendants. | Civil Action No.  10-1295 (JDB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for a writ of habeas corpus [Dkt. #1] is DENIED; it is

FURTHER ORDERED that the order to show cause [Dkt. #3] is DISCHARGED; and it is

FURTHER ORDERED that this civil action is DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

JOHN D. BATES
United States District Judge

DATE:  November 5, 2010