# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 10-5404** | **September Term 2010** |
| | 1:10-cv-01295-JDB |
| | Filed On: December 6, 2010 [1281394] |

James E. Bethea,

      Appellant

v.

United States Parole Commission, et al.,

      Appellees

## ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

                                            FOR THE COURT:
                                            Mark J. Langer, Clerk

                                BY:   /s/
                                            Lynda M. Flippin
                                            Deputy Clerk